YATES, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R.App. P.; West v. Founders Life Assurance Co. of Florida, 547 So.2d 870 (Ala.1989); R.L. Carnes Logging Contractors, Inc. v. Whitsett, 844 So.2d 1248 (Ala.Civ.App.2002); Michelin North America, Inc. v. Hamby, 722 So.2d 770 (Ala.Civ.App.1998); Taylor v. Mobile Pulley & Mach. Works, 714 So.2d 300 (Ala.Civ.App.1997); Burden v. Huckaba, 708 So.2d 199 (Ala.Civ.App.1997); Mutual Sav. Life Ins. Co. v. Hogue, 693 So.2d 530 (Ala.Civ.App.1997); Edwards v. Jesse Stutts, Inc., 655 So.2d 1012 (Ala.Civ.App.1995); U.S. Steel, A Div. of USX Corp. v. Nelson, 634 So.2d 134 (Ala.Civ.App.1993); and Dunlop Tire & Rubber Co. v. Pettus, 623 So.2d 313 (Ala.Civ.App.1993).
THOMPSON, PITTMAN, and MURDOCK, JJ., concur.
CRAWLEY, J., concurs specially.